## Mendel *v.* Waxbrown Corporation, Appellant.

Argued June 16, 1962. Before RHODES, P. J., WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (ERVIN, J., absent).

*Ralph S. Croskey,* for appellant.

*Edgar R. Einhorn,* with him *Irving W. Singer,* for appellee.

OPINION PER CURIAM, September 13, 1962:
The order of the court below granting a new trial is affirmed on the opinion of President Judge HAGAN of the Court of Common Pleas No. 1 of Philadelphia County, as reported in 27 Pa. D. & C. 2d 702.